DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for Plaintiff.
Cynthia Hopson


LEWIS BRISBOIS BISGAARD & SMITH LLP
SHANE SINGH, SBN 202733
ASHELY ARNETT, SBN305162
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916-564-5400
Facsimile: 916-564-5444
Electronic Mail: shane.singh@lewisbrisbois.com

Attorney for Defendant:
US FOOD CORPORATION, dba Long John Silver's #31911, STEVE CHAPRALIS, and IRENE CHAPRALIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON, | Case No.: 2:14-cv-02865-GEB-AC |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER GRANTING THEREOF** |
| US FOOD CORPORATION, dba Long John Silver's #31911, STEVE CHAPRALIS, IRENE CHAPRALIS, ART RESTAURANTS CALIFORNIA INCORPORATED, and DOES 1-10, inclusive, | [Fed. R. Civ. P. 41] |
| Defendants. | |

STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: September 19th, 2016         /s/Daniel Malakauskas_____
                                    Daniel Malakauskas, Attorney for Plaintiff,
                                    CYNTHIA HOPSON

Dated: September 19th, 2016         /s/Ashley Arnett_____
                                    Ashley Arnette, of LEWIS, BRISBOIS,
                                    BISGAARD & SMITH Attorney for Defendants,
                                    US FOOD CORPORATION, dba Long John
                                    Silver's #31911, STEVE CHAPRALIS, and
                                    IRENE CHAPRALIS

### **ORDER**

IT IS HEREBY ORDERED, that this action be **DISMISSED, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: October 21, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF